389 A.2d 189

Commonwealth v. Arnold, Appellant.

562

■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■ Submitted November 14, 1977. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.